◼ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v WANDA I. RODRIGUEZ, Appellant. [847 NYS2d 893]—Appeal from a judgment of the Supreme Court, Erie County (John F. O'Donnell, J.), rendered September 8, 2006. The judgment revoked defendant's sentence of probation and imposed a sentence of imprisonment.

It is hereby ordered that the judgment so appealed from be and the same hereby is unanimously affirmed. Present—Scudder, P.J., Gorski, Lunn, Fahey and Green, JJ.